# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  TIMOTHY WAYNE PERKINS
       DAWN MICHELLE PERKINS

                                                                     Case No.:  09-21778-drd-13

       **Debtors**

## CHAPTER 13 TRUSTEE'S CERTIFICATION
## CONCERNING INITIAL CONFIRMATION OF DEBTOR'S PLAN

     Comes now Richard V. Fink, Chapter 13 Trustee, and for his certification states as follows:

     He is the Standing Chapter 13 Trustee and has reviewed debtor's schedules and plan and has conducted a Section 341(a) meeting of creditors. Based on the information available, the proposed plan appears to be feasible, submitted in good faith, and not for any reason prohibited by law, and complies with applicable provisions of 11 U.S.C.  The trustee is not aware of any objection to or rejection of the plan that has not been resolved, withdrawn or ruled upon.

     May 21, 2010

                                                                          Respectfully submitted,

                                                                 /s/ Richard V. Fink, Trustee

                                                                  Richard V. Fink, Trustee
                                                                  818 Grand Blvd., Suite 800
                                                                  Kansas City, MO 64106-1901

                                                                  VM     /Certification Confirmation